| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bobbie J Suggs** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Yolanda M Suggs** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA | | |
| Case number (if known) | 19-32269 | | |

☐ Check if this is an amended filing

Official Form 106Dec
# AMENDED Declaration About an Individual Debtor's Schedule F
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Bobbie J Suggs
Bobbie J Suggs
Signature of Debtor 1

Date  February 10, 2020

X /s/ Yolanda M Suggs
Yolanda M Suggs
Signature of Debtor 2

Date  February 10, 2020

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy