## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 19-32269 |
|     BOBBIE J. SUGGS, | ) | |
| | ) | |
|     YOLANDA M. SUGGS | ) | |
| | ) | |
|     Debtors. | ) | |

### NOTICE OF AMENDMENT

NOW COMES the Debtors, Bobbie J. Suggs, and Yolanda M. Suggs, by counsel, and gives notice of amendment to the bankruptcy Chapter 7 Petition of the Debtors herein.

On December 12, 2019, the Debtors filed for protection under the bankruptcy Code Chapter 7, Case No.:19-32269.

1. **Summary of Schedule**: Purpose for Amendment: to reflect changes to the Chapter 7 Petition listed below.

2. **Schedule F** - purpose for Amendment: To add an additional Creditor that was left off of the original petition and this creditor is Trine University.

3. **Declaration** - purpose for Amendment: to Acknowledge the signatures of the Debtors' regarding the addition of one new creditor, and the Creditor Matrix with the signatures of the Debtors' as ordered by the Court [Doc 27].

4. WHEREFORE, the Debtor requests the Court approve the Amendment and for all other relief in the premises.

Dated: February 25, 2020

                                                      /s/ Johnny W. Ulmer

        Johnny W. Ulmer, Atty. No. 27373-71
        Attorney for the Debtor
        Ulmer Law Offices, Inc.
        P.O. Box 866
        Bristol, Indiana 46507
        (574) 848-7600

## **CERTIFICATE OF SERVICE**

The undersigned attorney for the Debtor hereby certifies that a true and correct copy of the above and foregoing document was served upon the following via electronic mail and/or first class United States Mail, postage prepaid, on this 25th day of February, 2020:

U.S. Trustee
One Michiana Square Building, Room 555
100 East Wayne Street
South Bend, Indiana 46601

Richard J. Ransel
Chapter 7 Trustee
228 W. High Street
Elkhart, Indiana 46516

Bobbie J. And Yolanda M. Suggs
2802 Edison Road
South Bend, Indiana 46615

        /s/ Johnny W. Ulmer
        Johnny W. Ulmer, Atty. No. 27373-71